157 A.3d 864

AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY, UNITARIAN UNIVERSALIST LEGISLATIVE MINISTRY OF NEW JERSEY, GLORIA SCHOR ANDERSEN, PENNY POSTEL, AND WILLIAM FLYNN, APPELLANTS–CROSS–PETITIONERS, v. ROCHELLE HENDRICKS, SECRETARY OF NEW JERSEY, IN HER OFFICIAL CAPACITY; AND ANDREW P. SIDAMON–ERISTOFF, STATE TREASURER, STATE OF NEW JERSEY, IN HIS OFFICIAL CAPACITY, RESPONDENTS–CROSS–RESPONDENTS.

December 12, 2016

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–004399–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied, with costs.